JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENA MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DSV SOLUTIONS, LLC, UTI INTEGRATED LOGISTICS, INC., and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No.: EDCV 21-1594-GW-SPx<br><br>ASSIGNED TO: HONORABLE GEORGE H. WU, DISTRICT JUDGE COURTROOM "9D"<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On July 11, 2022, Plaintiff filed a notice of voluntary dismissal, with prejudice, pursuant to Federal Civil Rules of Procedure, Rule 41(1)(A)(ii).  (Dkt. 22.)

Upon due consideration, good cause appearing, the Court hereby DISMISSES this action with prejudice.  Each party must bear her or its own attorneys' fees and costs.  The Clerk of the Court is instructed to terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

DATED: July 12, 2022

　　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　United States District Judge